NO. 82395

| | | |
|---|---|---|
| HALEY BROWN | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| | § | OF LAMAR COUNTY, TEXAS |
| RK HALL CONSTRUCTION, | § | |
| LTD | § | |
| RKH CAPITAL, LLC, | § | |
| STACY LYON d/b/a LYON | § | |
| BARRICADE & | § | |
| CONSTRUCTION, and | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION | § | 62ND JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2015 9:55:00 AM
DEBBIE AUTREY
Clerk

## NOTICE OF INTERLOCUTORY APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, the Defendant, Texas Department of Transportation ("TxDOT"), and gives this Notice of Interlocutory Appeal from the *Order Denying Defendant Texas Department of Transportation's Motion to Dismiss for Lack of Jurisdiction and No Evidence Motion for Summary Judgment* ("Order") of the Honorable Will Biard, between the Plaintiff, Haley Brown and TxDOT, in the above captioned cause, signed on September 23, 2015, and filed with you on that same date. This Notice of Interlocutory Appeal is being filed pursuant to Tex. Civ. Prac. & Rem Code §51.014(a)(8). And, pursuant to Tex. R. App. P. 28.1(a), **this is an accelerated appeal**. Accordingly, and pursuant to Tex. R. App. P. 26.1, this appeal is being filed within twenty days of the Court's signing of the above Order.

This appeal is taken to the Sixth Court of Appeals at Texarkana, Texas.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

RANDALL K. HILL
Assistant Attorney General
Chief, Transportation Division


/s/ Garland Williams
GARLAND WILLIAMS
Assistant Attorney General
State Bar No. 24079580
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2004 T
(512) 472-3855 F
*garland.williams@texasattorneygeneral.gov*

ATTORNEYS FOR DEFENDANT
THE TEXAS DEPARTMENT OF
TRANSPORTATION

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of October, 2015, a true and correct copy of the foregoing *Notice of Interlocutory Appeal* has been sent to the following:

Dale H. Henley
Mayo Mendolia & Vice, L.L.P.,
5368 State Highway 276
Royse City, Texas 75189-5738

Ed Carlton
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, Texas 75201

Brett Myers
David Goodman & Madole
Two Lincoln Tower
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240

/s/ Garland Williams
GARLAND WILLIAMS
Assistant Attorney General

3